IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| TIMOTHY L. MOSS, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CASE NO. 3:17-CV-557-WKW ) (WO) |
| RANDOLPH COUNTY JAIL, *et al.*, | ) |
| Defendants. | ) |

# ORDER

On September 5, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 5) is ADOPTED.

2. Plaintiff's claims against the Randolph County Jail are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The Randolph County Jail is dismissed as a defendant. The Clerk of the Court is DIRECTED to modify the docket sheet to reflect that the Randolph County Jail is no longer a defendant in this case.

This case REFERRED back to the Magistrate Judge for further proceedings.

DONE this 28th day of September, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE