IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

TIMOTHY L. MOSS, )
)
    Plaintiff, )
)
v. ) CIVIL NO. 3:17-cv-557-ALB
)
ALEXANDER PHILLIPS, *et al.*, )
)
    Defendants. )

## **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on June 19, 2019. (Doc. 21). There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** this 16th day of July 2019.

                          /s/ Andrew L. Brasher
                          ANDREW L. BRASHER
                          UNITED STATES DISTRICT JUDGE